**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AUTUMN SMITH, individually and on behalf of all similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>EVIDENT ID, INC., a Delaware corporation<br><br>*Defendant*. | No. 2021-cv-06911<br><br>Hon. Joan H. Lefkow |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Autumn Smith ("Plaintiff") hereby voluntarily dismisses this action without prejudice.

1. On June 21, 2021, Plaintiff filed her Class Action Complaint against Defendant Evident ID, Inc. ("Defendant") in the Circuit Court of Cook County, IL. (Dkt. 1-1).

2. On December 29, 2021, Defendant removed this case to this Court. (Dkt. 1).

3. On January 5, 2022, Defendant filed a Motion to Dismiss. (Dkt. 7-8).

4. On January 26, 2022, Plaintiff filed her First Amended Class Action Complaint. (Dkt. 11).

5. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without court order by filing a notice of dismissal before the defendant serves either an answer or motion for summary judgment. Defendant has neither answered Plaintiff's First Amended Class Action Complaint nor served a motion for summary judgment.

6. Accordingly, Plaintiff hereby voluntarily dismisses this action without prejudice as to all claims asserted by Plaintiff and the putative class.

| | |
|---|---|
| Dated: March 9, 2022 | Respectfully submitted, |
| | AUTUMN SMITH, individually and on behalf of all similarly situated individuals |
| | By:   <u>/s/ David L. Gerbie</u><br>*One of Plaintiff's Attorneys* |

David L. Gerbie
Jordan R. Frysinger
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
dgerbie@mcgpc.com
jfrysinger@mcgpc.com

*Attorneys for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2022, I caused the foregoing *Plaintiff's Notice of Voluntary Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)* to be electronically filed with the Clerk of Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ David L. Gerbie